USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
:
IN RE: :
W. WESLEY DRUMMON, :
: **ORDER**
Debtor. :
: 24-CV-1668 (VEC)
-------------------------------------------------X
:
THE CITY OF ATLANTIC CITY, :
:
Appellant, :
:
-against- :
:
W. WESLEY DRUMMON, :
:
Appellee. :
------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2024, Appellant, the City of Atlantic City, filed a notice of appeal from the Bankruptcy Court, *see* Dkt. 1;

IT IS HEREBY ORDERED that, by no later than **Wednesday, April 24, 2024**, the parties must meet and confer and file a joint letter with a proposed briefing schedule with respect to the appeal.

**SO ORDERED.**

Date: April 8, 2024
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**