USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ X
                                                 :
IN RE:                                           :
W. WESLEY DRUMMON,                               :
                                                 :                ORDER
                                      Debtor.    :
------------------------------------------------ X              24-CV-1668 (VEC)
                                                 :
THE CITY OF ATLANTIC CITY,                       :
                                                 :
                                  Appellant,     :
                                                 :
                 -against-                       :
                                                 :
W. WESLEY DRUMMON,                               :
                                                 :
                                   Appellee.     :
------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Appellant's reply was due by October 4, 2024, *see* Dkt. 26;

WHEREAS Appellant failed to file a reply;

WHEREAS the Undersigned's Individual Rules and Practices Rule 4(C) requires that "the movant must mail or hand-deliver to the Court one courtesy copy of all papers relevant to the motion, including those opposing the motion, in a tabbed three-ring binder. Exhibits (if any) must also be organized in a tabbed three-ring binder," and

WHEREAS to date, the Court has not received a courtesy copy of Appellant's appeal.

IT IS HEREBY ORDERED that Appellant's time to file its reply has passed so this appeal is now deemed fully briefed; and

IT IS FURTHER ORDERED that by no later than **October 25, 2024**, Appellant must provide the Court with a courtesy copy of the appeal.

**SO ORDERED.**

**Date: October 21, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**