UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:

W. WESLEY DRUMMON,

                              Debtor.
------------------------------------------------------------------X
THE CITY OF ATLANTIC CITY,

                           Appellant,                               24 **CIVIL** 1668 (VEC)

       -against-                                              **JUDGMENT**

W. WESLEY DRUMMON,
                          Appellee.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7, 2025, the Bankruptcy Court's orders are AFFIRMED, and the City's appeal is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         May 7, 2025

                                                         **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                    **BY:**          K. Mango

                                                           **Deputy Clerk**